**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> PEOPLE OF THE STATE OF CALIFORNIA, <br><br> STATE OF COLORADO, <br><br> STATE OF FLORIDA, <br><br> PEOPLE OF THE STATE OF ILLINOIS, <br><br> COMMONWEALTH OF MASSACHUSETTS, and <br><br> PEOPLE OF THE STATE OF NEW YORK, <br><br>       Plaintiffs, <br><br>       v. <br><br> ROOMSTER CORP., a corporation, <br><br> JOHN SHRIBER, individually and as an officer of Roomster Corp., <br><br> ROMAN ZAKS, individually and as an officer of Roomster Corp., and <br><br> JONATHAN MARTINEZ, individually and doing business as AppWinn, <br><br>       Defendants. | Case No. 1:22-cv-7389-CM <br><br><br><br><br> **MOTION FOR ADMISSION** <br> **PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Andrew G. Berg, Esq., hereby moves this Court for an Order for admission to practice pro hac vice to appear as counsel for Defendants Roomster Corp., John Shriber, and Roman Zaks in the above-captioned action.

As shown in the Certificate of Good Standing annexed to this filing, I am a member in good standing with the Bar of the District of Columbia, and there are no pending disciplinary proceedings against me in any State or Federal court. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3.

Dated: September    29, 2022
          Washington, DC

**GREENBERG TRAURIG, LLP**

By: _____

   Andrew G. Berg
   2101 L Street, N.W.
   Suite 1000
   Washington, DC 20037
   Tel: (202) 331-3100
   Fax: (202) 331-3101
   berga@gtlaw.com

   *Attorneys for Defendants Roomster Corp., John Shriber, and Roman Zaks*