UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>STATE OF COLORADO,<br><br>STATE OF FLORIDA,<br><br>PEOPLE OF THE STATE OF ILLINOIS,<br><br>COMMONWEALTH OF MASSACHUSETTS,<br><br>and<br><br>PEOPLE OF THE STATE OF STATE OF NEW YORK,<br><br>Plaintiffs,<br><br>v.<br><br>ROOMSTER CORP., a corporation,<br><br>JOHN SHRIBER, individually and as an officer of Roomster Corp.,<br><br>ROMAN ZAKS, individually and as an officer of Roomster Corp., and<br><br>JONATHAN MARTINEZ, individually and doing business as AppWinn,<br><br>Defendants. | Case No: 1:22-cv-7389 (CM) (SN) |

**NOTICE OF MOTION TO DISMISS THE COMPLAINT**

**PLEASE TAKE NOTICE** that upon (i) the Complaint dated August 30, 2022, in the above-captioned action; and (ii) the Memorandum of Law, defendants Roomster Corp., John Shriber, and Roman Zaks will move this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, before the Honorable Colleen McMahon, at the Daniel Patrick Moynihan

1

Courthouse, 500 Pearl Street, Room 24A, New York, New York 10007, at a date and time to be determined by the Court, for an Order dismissing the Complaint, with prejudice, and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
October 31, 2022

GREENBERG TRAURIG, LLP

/s/ *Jennifer A. Surprenant*
Jennifer A. Surprenant
Sarah E. Atlas
One Vanderbilt Avenue
New York, NY 10017
Tel: (212) 801-9200
Fax: (212) 801-6400
SurprenantJ@gtlaw.com
atlass@gtlaw.com

Andrew G. Berg
2101 L Street, N.W.
Suite 1000
Washington, DC 20037
Tel: (202) 331-3181
berga@gtlaw.com

Gary E. Snyder
Terminus 200
3333 Piedmont Road NE
Suite 2500
Atlanta, GA 30305
Tel: (678) 553-2121
snyderg@gtlaw.com

*Counsel for Defendants*