UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> ROOMSTER CORP., *et al.* <br><br> Defendants. | Case No. 1:22-cv-7389 |

**PARTIES' PROPOSED DISCOVERY PLAN**

Plaintiffs and Defendants submit this outline of their proposed discovery plan in accordance with Fed. R. Civ. P. 26(f)(2) and (3) as follows:

**(A) what changes should be made in the timing, form, or requirement for disclosures under Rule 26(a), including a statement of when initial disclosures were made or will be made;**

The Civil Case Management Plan ("CCMP") entered by Court at Doc. 41 states that Fed. R. Civ. P. 26(a) disclosures shall be exchanged by December 9, 2022. No changes are anticipated to the form or requirement for such disclosures.

**(B) the subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused on particular issues;**

The subjects on which discovery may be needed include: (i) Plaintiffs' allegations regarding false endorsements and other misrepresentations, including counts I-XV set forth in Plaintiffs' Complaint; (ii) Plaintiffs' allegations regarding individual liability; (iii) the amount and extent of alleged consumer injury caused by Defendants' alleged unlawful practices; (iv) the amount of Defendants' alleged ill-gotten gains; (v) the number of alleged false endorsements and

1

misrepresentations and other factors to be considered in assessing the amount of civil penalties; (vi) all defenses asserted by Defendants; (vii) any expert disclosures; and (viii) all other matters relevant to the conduct and practices alleged in the Complaint, Plaintiffs' claims for relief, and Defendants' defenses.

The CCMP states that fact discovery must be completed on or before September 18, 2023, and expert discovery must be completed on or before December 15, 2023.

**(C) any issues about disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced;**

There are no issues at this time. The parties are considering a proposed consent order request to revise the Court's rules governing e-discovery.

**(D) any issues about claims of privilege or of protection as trial-preparation materials, including—if the parties agree on a procedure to assert these claims after production—whether to ask the court to include their agreement in an order under Federal Rule of Evidence 502;**

There are no such issues at this time.

**(E) what changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed; and**

The parties have discussed excluding internal legal team emails from discovery and are working towards an agreement.

**(F) any other orders that the court should issue under Rule 26(c) or under Rule 16(b) and (c).**

Defendants have indicated that they will request a protective order, but at this time, Plaintiffs have not agreed to such request. Defendants also stated that they will move the Court to stay discovery pending resolution of their Motion to Dismiss Plaintiffs' Complaint; however, that motion will be contested, and Plaintiffs will file an opposition.

Dated: Nov. 22, 2022

Respectfully submitted,

**FOR THE FEDERAL TRADE COMMISSION:**

_/s/ Angeleque P. Linville_
ANGELEQUE P. LINVILLE (admitted *pro hac vice*)
alinville@ftc.gov; (404) 656-1354
VALERIE M. VERDUCE (admitted *pro hac vice*)
vverduce@ftc.gov; (404) 656-1355
Federal Trade Commission
233 Peachtree Street, Suite 1000
Atlanta, GA 30303
Facsimile: (404) 656-1379

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION


**FOR THE STATE OF CALIFORNIA:**

ROB BONTA
Attorney General, State of California

NICKLAS A. AKERS
Senior Assistant Attorney General

_/s/ Emily C. Kalanithi_
EMILY KALANITHI (NY 4191805)
Deputy Attorney General
emily.kalanithi@doj.ca.gov; (415) 510-3468
JON F. WORM (admitted *pro hac vice*)
Supervising Deputy Attorney General
jon.worm@doj.ca.gov; (619) 738-9325
CAROLINE E. WILSON (admitted *pro hac vice*)
Deputy Attorney General
callie.wilson@doj.ca.gov; (415) 229-0106

California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., 11th Fl.
San Francisco, CA 94102

Attorneys for Plaintiff
PEOPLE OF THE STATE OF CALIFORNIA

**FOR THE STATE OF COLORADO:**

PHILIP J. WEISER
Attorney General
State of Colorado

_(signature)_

ABIGAIL M. HINCHCLIFF (admitted *pro hac vice*)
First Assistant Attorney General
Abigail.Hinchcliff@coag.gov; (720) 508-6000
BRADY J. GRASSMEYER (admitted *pro hac vice*)
Assistant Attorney General
Brady.Grassmeyer@coag.gov; (720) 508-6000
1300 Broadway, 10th Floor
Denver, CO 80203

Attorneys for Plaintiff
STATE OF COLORADO


**FOR THE STATE OF FLORIDA:**

ASHLEY MOODY
Attorney General, State of Florida

_(signature)_

Ryann H. Flack (admitted *pro hac vice*)
Ryann.Flack@myfloridalegal.com; (786) 792-6249
Miles Vaughn (admitted *pro hac vice*)
Miles.Vaugh@myfloridalegal.com; (813) 287-7257

Office of the Attorney General
Consumer Protection Division
SunTrust International Center
1 S.E. 3rd Avenue, Suite 900
Miami, FL 33131

Attorneys for Plaintiff
STATE OF FLORIDA

**FOR THE PEOPLE OF THE STATE OF ILLINOIS:**

KWAME RAOUL
Attorney General of Illinois


*/s/ Cassandra Halm*
CASSANDRA HALM (admitted *pro hac vice*)
Assistant Attorney General
Cassandra.Halm@ilag.gov; (217) 725-9591

ELIZABETH BLACKSTON (admitted *pro hac vice*)
Bureau Chief
Elizabeth.Blackston@ilag.gov; (217) 725-8649

Office of the Illinois Attorney General
500 South Second Street
Springfield, IL 62701

Attorneys for Plaintiff
THE PEOPLE OF THE STATE OF ILLINOIS


**FOR THE COMMONWEALTH OF MASSACHUSETTS:**

MAURA HEALEY
Attorney General
Commonwealth of Massachusetts

_____
Mychii Snape (MS1544) Assistant Attorney General
Mychii.Snape@mass.gov; (617) 727-2200
Consumer Protection Division
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108

Attorney for Plaintiff
COMMONWEALTH OF MASSACHUSETTS

**FOR THE PEOPLE OF THE STATE OF NEW YORK:**

LETITIA JAMES
Attorney General of the State of New York


 /s/ Melvin L. Goldberg
―――――――――――――――――――――
MELVIN L. GOLDBERG
Assistant Attorney General
Melvin.Goldberg@ag.ny.gov; (212) 416-8296
Christian Reigstad
Assistant Attorney General
Christian.Reigstad@ag.ny.gov; (212) 416-8321
28 Liberty Street
New York, New York 10005
Facsimile: 212-416-6003

Attorneys for Plaintiff
PEOPLE OF THE STATE OF NEW YORK

and

JANE M. AZIA
Bureau Chief
Consumer Frauds and Protection Bureau

LAURA J. LEVINE
Deputy Bureau Chief
Bureau of Consumer Frauds and Protection

Of Counsel for Plaintiff
PEOPLE OF THE STATE OF NEW YORK

**FOR DEFENDANTS ROOMSTER CORP., JOHN SHRIBER, AND ROMAN ZAKS:**

*/s/ Jennifer A. Surprenant*
_____

GREENBERG TRAURIG, LLP
Jennifer A. Surprenant
Sarah E. Atlas
One Vanderbilt Avenue
New York, NY 10017
Tel: (212) 801-9200
Fax: (212) 801-6400
SurprenantJ@gtlaw.com
atlass@gtlaw.com

Andrew G. Berg
2101 L Street, N.W.
Suite 1000
Washington, DC  20037
Tel: (202) 331-3181
berga@gtlaw.com

Gary E. Snyder
Terminus 200
3333 Piedmont Road NE
Suite 2500
Atlanta, GA  30305
Tel: (678) 553-2121
snyderg@gtlaw.com