UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL TRADE COMMISSION, *et al.*

Plaintiffs,

v.

ROOMSTER CORP., *et al.*

Defendants.

Case No. 1:22-cv-7389

## PLAINTIFFS' AND DEFENDANTS' JOINT STATUS UPDATE

In accordance with the Court's directive on February 2, 2023, the parties provide the following status update.

The parties are engaged in settlement discussions and have met and conferred in attempts to resolve this matter. To date, no resolution has been reached.

Shortly after the parties' February 2, 2023 initial pre-trial conference, and to move forward with settlement discussions, Plaintiffs requested a subset of information from Defendants. To date, Defendants have provided some but not all of the requested information. Plaintiffs are awaiting the requested information, which Defendants expect to provide on, or before, April 5, 2023. Defendants made a settlement presentation and proposal on March 2, 2023; no counter proposal has yet been made in response to that proposal from Defendants. Plaintiffs have made it clear that they need the requested information in order to be in a position to recommend a counteroffer.

While settlement negotiations have been ongoing, Plaintiffs have continued to pursue discovery in accordance with the deadlines set forth in the Civil Case Management Plan (Doc. 41). Defendants have not served any document requests in an effort to prioritize settlement negotiations.

1

**FOR THE STATE OF CALIFORNIA:**

ROB BONTA
Attorney General, State of California

NICKLAS A. AKERS
Senior Assistant Attorney General


*/s/ Adelina Acuña*
_____

EMILY KALANITHI (NY 4191805)
Supervising Deputy Attorney General
emily.kalanithi@doj.ca.gov; (415) 510-3468
JON F. WORM (*admitted pro hac vice*)
Supervising Deputy Attorney General
jon.worm@doj.ca.gov; (619) 738-9325
ADELINA ACUÑA (*admitted pro hac vice*)
Deputy Attorney General
adelina.acuna@doj.ca.gov; (415) 510-3752
TIMOTHY E. SULLIVAN (*admitted pro hac vice*)
Deputy Attorney General
timothy.sullivan@doj.ca.gov; (510) 879-0987
CAROLINE E. WILSON (*admitted pro hac vice*)
Deputy Attorney General
callie.wilson@doj.ca.gov; (415) 229-0106


California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., 11th Fl.
San Francisco, CA 94102

Attorneys for Plaintiff
PEOPLE OF THE STATE OF CALIFORNIA

3

**FOR THE PEOPLE OF THE STATE OF ILLINOIS:**

KWAME RAOUL
Attorney General of Illinois


*/s/ Elizabeth Blackston*

CASSANDRA HALM (admitted *pro hac vice*)
Assistant Attorney General
Cassandra.Halm@ilag.gov; (217) 725-9591

ELIZABETH BLACKSTON (admitted *pro hac vice*)
Bureau Chief
Elizabeth.Blackston@ilag.gov; (217) 725-8649

Office of the Illinois Attorney General
500 South Second Street
Springfield, IL 62701

Attorneys for Plaintiff
THE PEOPLE OF THE STATE OF ILLINOIS



**FOR THE COMMONWEALTH OF MASSACHUSETTS:**

ANDREA JOY CAMPBELL
Attorney General
Commonwealth of Massachusetts

*/s/ Mychii Snape*

Mychii Snape (MS1544)
Assistant Attorney General
Mychii.Snape@mass.gov; (617) 727-2200
Consumer Protection Division
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108

Attorney for Plaintiff
COMMONWEALTH OF MASSACHUSETTS

5

**FOR DEFENDANTS ROOMSTER CORP., JOHN SHRIBER, AND ROMAN ZAKS:**

/s/ *Jennifer A. Surprenant*
_____

GREENBERG TRAURIG, LLP
Jennifer A. Surprenant
Sarah E. Atlas
One Vanderbilt Avenue
New York, NY 10017
Tel: (212) 801-9200
Fax: (212) 801-6400
SurprenantJ@gtlaw.com
atlass@gtlaw.com

Andrew G. Berg
2101 L Street, N.W.
Suite 1000
Washington, DC 20037
Tel: (202) 331-3181
berga@gtlaw.com

Gary E. Snyder
Terminus 200
3333 Piedmont Road NE
Suite 2500
Atlanta, GA 30305
Tel: (678) 553-2121
snyderg@gtlaw.com