UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> ROOMSTER CORP., *et al.* <br><br> Defendants. | Case No. 1:22-cv-7389 |

**PLAINTIFFS' AND DEFENDANTS' SECOND JOINT STATUS UPDATE**

The parties provide the following status update in connection with the Court's memo endorsement at Doc. 78.

Since the parties filed their Joint Status Update on April 4, 2023, they have continued their efforts to resolve this matter. While the parties have made progress, to date, no resolution has been reached. On May 11, 2023, Plaintiffs provided Defendants with a proposed Stipulated Order for Permanent Injunction, Monetary Judgment, and Other Relief Against Roomster Corp., John Shriber, and Roman Zaks. Counsel for the parties conferred on Plaintiffs' proposal on May 15, 2023, and Defendants have advised that they anticipate providing a response to Plaintiffs on or before May 23rd.

Separately, the parties have not yet resolved the issues previously identified by Plaintiffs on page 2 of the April 4 Joint Status Update, and Plaintiffs' concerns remain. Plaintiffs and Defendants are prepared to address their concerns with the assigned Magistrate Judge.

1

Respectfully submitted,

**FOR THE FEDERAL TRADE COMMISSION:**

*/s/ Angeleque P. Linville*
_____
ANGELEQUE P. LINVILLE (admitted *pro hac vice*)
alinville@ftc.gov; (404) 656-1354
VALERIE M. VERDUCE (admitted *pro hac vice*)
vverduce@ftc.gov; (404) 656-1355
Federal Trade Commission
233 Peachtree Street, Suite 1000
Atlanta, GA 30303
Facsimile: (404) 656-1379

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

**FOR THE STATE OF CALIFORNIA:**

ROB BONTA
Attorney General, State of California

NICKLAS A. AKERS
Senior Assistant Attorney General


*/s/ Adelina Acuña*
_____

EMILY KALANITHI (NY 4191805)
Supervising Deputy Attorney General
emily.kalanithi@doj.ca.gov; (415) 510-3468
JON F. WORM (*admitted pro hac vice*)
Supervising Deputy Attorney General
jon.worm@doj.ca.gov; (619) 738-9325
ADELINA ACUÑA (*admitted pro hac vice*)
Deputy Attorney General
adelina.acuna@doj.ca.gov; (415) 510-3752
TIMOTHY E. SULLIVAN (*admitted pro hac vice*)
Deputy Attorney General
timothy.sullivan@doj.ca.gov; (510) 879-0987
CAROLINE E. WILSON (*admitted pro hac vice*)
Deputy Attorney General
callie.wilson@doj.ca.gov; (415) 229-0106


California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., 11th Fl.
San Francisco, CA 94102

Attorneys for Plaintiff
PEOPLE OF THE STATE OF CALIFORNIA

FOR THE STATE OF COLORADO:

PHILIP J. WEISER
Attorney General
State of Colorado


/s/ Brady J. Grassmeyer
_____
ABIGAIL M. HINCHCLIFF (admitted *pro hac vice*)
First Assistant Attorney General
Abigail.Hinchcliff@coag.gov; (720) 508-6000
BRADY J. GRASSMEYER (admitted *pro hac vice*)
Assistant Attorney General
Brady.Grassmeyer@coag.gov; (720) 508-6000
1300 Broadway, 10th Floor
Denver, CO 80203

Attorneys for Plaintiff
STATE OF COLORADO



FOR THE STATE OF FLORIDA:

ASHLEY MOODY
Attorney General, State of Florida


/s/ Ryann H. Flack
_____

Ryann H. Flack (admitted *pro hac vice*)
Ryann.Flack@myfloridalegal.com; (786) 792-6249
Miles Vaughn (admitted *pro hac vice*)
Miles.Vaugh@myfloridalegal.com; (813) 287-7257

Office of the Attorney General
Consumer Protection Division
SunTrust International Center
1 S.E. 3rd Avenue, Suite 900
Miami, FL 33131

Attorneys for Plaintiff
STATE OF FLORIDA

**FOR THE PEOPLE OF THE STATE OF ILLINOIS:**

KWAME RAOUL
Attorney General of Illinois


*/s/ Elizabeth Blackston*
_____
CASSANDRA HALM (admitted *pro hac vice*)
Assistant Attorney General
Cassandra.Halm@ilag.gov; (217) 725-9591

ELIZABETH BLACKSTON (admitted *pro hac vice*)
Bureau Chief
Elizabeth.Blackston@ilag.gov; (217) 725-8649

Office of the Illinois Attorney General
500 South Second Street
Springfield, IL 62701

Attorneys for Plaintiff
THE PEOPLE OF THE STATE OF ILLINOIS



**FOR THE COMMONWEALTH OF MASSACHUSETTS:**


ANDREA JOY CAMPBELL
Attorney General
Commonwealth of Massachusetts

*/s/ Mychii Snape*
_____

Mychii Snape (MS1544)
Assistant Attorney General
Mychii.Snape@mass.gov; (617) 727-2200
Consumer Protection Division
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108

Attorney for Plaintiff
COMMONWEALTH OF MASSACHUSETTS

**FOR THE PEOPLE OF THE STATE OF NEW YORK:**

LETITIA JAMES
Attorney General of the State of New York


*/s/ Christian Reigstad*
_____

MELVIN L. GOLDBERG
Assistant Attorney General
Melvin.Goldberg@ag.ny.gov; (212) 416-8296
CHRISTIAN REIGSTAD
Assistant Attorney General
Christian.Reigstad@ag.ny.gov; (212) 416-8321
28 Liberty Street
New York, New York 10005
Facsimile: 212-416-6003

Attorneys for Plaintiff
PEOPLE OF THE STATE OF NEW YORK

and

JANE M. AZIA
Bureau Chief
Consumer Frauds and Protection Bureau

LAURA J. LEVINE
Deputy Bureau Chief
Bureau of Consumer Frauds and Protection

Of Counsel for Plaintiff
PEOPLE OF THE STATE OF NEW YORK

**FOR DEFENDANTS ROOMSTER CORP., JOHN SHRIBER, AND ROMAN ZAKS:**

/s/ *Jennifer A. Surprenant*
_____

GREENBERG TRAURIG, LLP
Jennifer A. Surprenant
Sarah E. Atlas
One Vanderbilt Avenue
New York, NY 10017
Tel: (212) 801-9200
Fax: (212) 801-6400
SurprenantJ@gtlaw.com
atlass@gtlaw.com

Andrew G. Berg
2101 L Street, N.W.
Suite 1000
Washington, DC 20037
Tel: (202) 331-3181
berga@gtlaw.com

Gary E. Snyder
Terminus 200
3333 Piedmont Road NE
Suite 2500
Atlanta, GA 30305
Tel: (678) 553-2121
snyderg@gtlaw.com