UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FEDERAL TRADE COMISSION, et al.,

                       **Plaintiffs,**

      **-against-**

**ROOMSTER CORP., et al.,**

                       **Defendants.**

-----------------------------------------------------------------X

22-CV-7389 (CM)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On May 18, 2023, the Honorable Colleen McMahon referred this case to my docket to resolve the parties' discovery disputes. ECF No. 81. The parties have indicated in their April 4, 2023, and May 16, 2023, letters that there are ongoing discovery disputes. See ECF No. 77 & 79. By May 24, 2023, Plaintiffs are directed to summarize these issues in a letter not to exceed three pages. Defendants may file a three-page response no later than May 30, 2023.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     May 19, 2023
                New York, New York