

**PHIL WEISER**
Attorney General

**NATALIE HANLON LEH**
Chief Deputy Attorney General

**SHANNON STEVENSON**
Solicitor General

**TANJA WHEELER**
Associate Chief Deputy Attorney General

**STATE OF COLORADO**
**DEPARTMENT OF LAW**

**RALPH L. CARR**
**COLORADO JUDICIAL CENTER**
1300 Broadway, 10th Floor
Denver, Colorado  80203
Phone (720) 508-6000

**Consumer Protection Section**

August 31, 2023

**VIA ECF**

Hon. Colleen McMahon
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

***Re: FTC, et al. v. Roomster Corp., et al., 1:22-cv-7389***

Dear Judge McMahon:

I am leaving the Office of the Colorado Attorney General effective August 31, 2023, and thus withdraw my appearance for the Plaintiff State of Colorado. I respectfully request that the Court direct the Clerk to remove me as counsel for the State of Colorado, and to remove my name and email address from the ECF notification list in this matter. The State of Colorado will continue to be represented by Brady J. Grassmeyer.

Sincerely,

*/s/ Abigail M. Hinchcliff*
Abigail M. Hinchcliff

cc: all counsel of record